[No. 11528-3-III.   Division Three.   June 18, 1992.]

*In the Matter of* A.G.

T.B., *Appellant*, v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*.

Appeal from a judgment of the Superior Court for Douglas County, No. 89-7-00008-9, Charles W. Cone, J., entered April 2, 1991. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Thompson, A.C.J., and Munson, J.

[No. 11345-1-III.   Division Three.   June 18, 1992.]

MARVIN WHITE, ET AL, *Appellants*, v. L.E. CHAPMAN, *Respondent*.

Appeal from a judgment of the Superior Court for Chelan County, No. 85-2-00462-5, Fred Van Sickle, J., entered October 24, 1990. *Reversed* by unpublished opinion per Sweeney, J., concurred in by Thompson, A.C.J., and Munson, J.

[No. 27412-1-I.   Division One.   June 22, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. JERALDO HERNANDEZ, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 90-1-04220-7, Bobbe J. Bridge, J., entered December 5, 1990. *Dismissed* by unpublished per curiam opinion.